IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MATTHEW GIBLIN,<br><br>*Plaintiff*,<br><br>v.<br><br>GERALD EDDINS, JUDGE OF JEFFERSON COUNTY COURT AT LAW NO. 1, IN HIS INDIVIDUAL CAPACITY; TYLER COUNTY DISTRICT ATTORNEY'S OFFICE, JEFFERSON COUNTY CLERK, TYLER COUNTY ASSISTANT DISTRICT ATTORNEYS, IN THEIR INDIVIDUAL CAPACITY; JEFFERSON COUNTY SHERIFF'S OFFICE DEPUTIES, IN THEIR INDIVIDUAL CAPACITY; SCOTT RENICK, PRIVATE ACTOR AND CO-CONSPIRATOR; MARY WHITNEY, PRIVATE ACTOR AND CO-CONSPIRATOR; AND JOHN MYATT, PRIVATE ACTOR AND CO-CONSPIRATOR;<br><br>*Defendants*. | NO. 1:25-CV-00552-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

## ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 18, 2025, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pre-trial management. On December 8, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 6], which recommended dismissing this case for failing to establish that the court possesses subject-matter jurisdiction. On December 15, 2025, Plaintiff Matthew Giblin filed *Objections* [Dkt. 7] to Judge Hawthorn's *Report and Recommendation* [Dkt. 6]. Additionally, on December 15, 2025, Giblin filed an *Amended Complaint* [Dkt. 8] against Defendants Gerald

Eddins, Jefferson County Clerk, and Tyler County District Attorney's Office.  On December 18, 2025, Giblin filed another *Objection* [Dkt. 9] to Judge Hawthorn's *Report and Recommendation* [Dkt. 6].

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3).  The court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 6] and has considered Giblin's *Objections* [Dkt. 7].  The court holds that Judge Hawthorn's findings and conclusions of law are correct, and that Giblin's objections are without merit.

It is therefore ORDERED that Giblin's *Objections* [Dkt. 7] are OVERRULED.  It is further ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 6] is ADOPTED.  As Giblin has pled his best case and any amendment would be futile, his *Motion for Leave to File an Amended Complaint* [Dkt. 7] is DENIED.  *See US Bank Nat'l Ass'n as Tr. For Registered Holders of Aegis Asset Backed Sec. Tr. Mortg. Pass-Through Certificates, Series 2005-1 v. Richardson*, 829 F. App'x 13, *15 (5th Cir. 2020); *Hale v. King*, 642 F.3d 492, 503 (5th Cir. 2011).

The court will enter a Final Judgment separately.

**SIGNED this 22nd day of December, 2025.**

Michael J. Truncale
United States District Judge